

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEKEIBA HOLLAND,

        Petitioner,                  Case Number: 00-40339

v.                                     HONORABLE PAUL V. GADOLA

KURT JONES,

        Respondent.
_____/

## OPINION AND ORDER DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

Petitioner Bekeiba Holland, a state inmate currently incarcerated at the Mound Correctional Facility in Detroit, Michigan, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2001, the Court issued an Opinion and Order Granting Respondent's Motion to Dismiss for Failure to Comply With Limitations Period. Petitioner filed a notice of appeal and a request for a certificate of appealability. The Court denied Petitioner's request for a certificate of appealability on March 6, 2002. Thereafter, Petitioner sought a certificate of appealability in the Sixth Circuit Court of Appeals, which was denied on June 5, 2002. Now before the Court is Petitioner's Motion for Relief from Judgment.

Petitioner seeks relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) which provides, in pertinent part:

> [o]n motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: . . . (6) any other reason justifying relief from the operation of judgment.

Fed. R. Civ. P. 60(b)(6).

Rule 60(b)(6) relief may be granted only in "unusual and extreme situations where principles of equity mandate relief." Olle v. Henry & Wright Corp., 910 F.2d 357, 365 (6th Cir. 1990). Petitioner disagrees with the Court's decision dismissing his case, but provides no unusual or extreme circumstances which would warrant relief under Rule 60(b)(6).

Accordingly, **IT IS ORDERED** that Petitioner's Motion for Relief from Judgment is **DENIED**.

PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE

DATE: 1/15/03

PURSUANT TO RULE 77(d), FRCvP
COPIES HAVE BEEN MAILED TO:
Bekeshia Holland
Vincent Lear

ON 1/16 , 2003

DEPUTY COURT CLERK

2